**Order filed March 13, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01145-CV
_____

**KATRINA HUDSON, Appellant**

**V.**

**SENIOR LIVING PROPERTIES, LLC, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71927**

---

## O R D E R

Appellant's brief was due March 5, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 11, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM